FILED

06/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0322

SUPREME COURT OF THE STATE OF MONTANA

CASE NO. DA 24-0322

STEVEN CORRY STEPHENSON, as trustee of the Steven Corry Stephenson Trust amended and reinstated September 20, 2000

Appellant

vs.

LONE PEAK PRESERVE, LLC,

Appellee.

**[PROPOSED] ORDER EXTENDING TIME TO FILE APPELLANT'S OPENING BRIEF**

On Appeal from the Montana Eighteenth Judicial District, Gallatin County
Cause No. DV 16-2021-0001297-DK
Before Hon. John C. Brown

Appearances:

| | |
|---|---|
| Michael L. Rabb (#13734) | Kelsey Bunkers |
| THE RABB LAW FIRM, PLLC | CROWLEY FLECK PLLP |
| 3950 Valley Commons Drive, Suite 1 | 1915 S. 19th Avenue |
| Bozeman, MT 59718 | P.O. Box 10969 |
| Telephone: (406) 404-1747 | Bozeman, MT 59719-10969 |
| Facsimile: (406) 551-6847 | Telephone: 406-556-1430 |
| service@therabblawfirm.com | kbunkers@crowleyfleck.com |
| *Attorney for Appellant* | *Attorney for Appellee* |

Appellant Steven Corry Stephenson having filed an unopposed Motion for Extension of Time to File Appellant's Opening Brief, and good cause appearing therefrom,

IT IS HEREBY ORERED that Appellant's Motion is GRANTED. Appellant's Opening Brief shall be filed on or before July 29, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 25 2024